UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO ALVARADO,<br><br>   Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant | Case No.: 1:16-cv-00746-SAB<br><br>ORDER RE STIPULATION TO EXTEND BRIEFING SCHEDULE |

  Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

  1. Plaintiff shall serve his letter brief on or before December 2, 2016;

  2. Defendant shall serve her response on or before January 6, 2017; and

  3. All dates in the scheduling order are adjusted accordingly.

IT IS SO ORDERED.

Dated: **December 5, 2016**

                UNITED STATES MAGISTRATE JUDGE