# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO ALVARADO, | Case No.: 1:16-cv-00746-SAB |
| Plaintiff, | ORDER RE STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant | |

The Court shall grant the parties' request. However, the parties are advised that due to the impact of social security cases on the Court's docket and the Court's desire to have cases decided in an expedient manner, requests for modification of the briefing scheduling will not routinely be granted and will only be granted upon a showing of good cause. Further, requests to modify the briefing schedule that are made on the eve of a deadline will be looked upon with disfavor and may be denied absent good cause for the delay in seeking an extension.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff's opening brief shall be filed on or before March 24, 2017;

-1-

1    2.    Defendant's opposition shall be filed on or before April 24, 2017; and

2    3.    Plaintiff's reply, if any, shall be filed on or before May 9, 2017.

4  IT IS SO ORDERED.

5  Dated:   **January 23, 2017**

UNITED STATES MAGISTRATE JUDGE