# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO ALVARADO,<br><br>   Plaintiff,<br><br> v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No. 1:16-cv-00746-SAB<br><br>ORDER AMENDING SCHEDULING ORDER |

  The parties stipulated to an amendment of the scheduling order which was approved on January 23, 2017. Pursuant to that stipulation, Plaintiff's opening brief was due on March 24, 2017. On March 27, 2017, Plaintiff filed a stipulation for an extension of time to file his opening brief. On March 29, 2017, the Court denied without prejudice the March 27, 2017 stipulation for an extension of time to file Plaintiff's opening brief. The Court also ordered Plaintiff's counsel to serve the March 29, 2017 order on Plaintiff and file a proof of service.

  On April 3, 2017, Plaintiff filed his opening brief. Plaintiff's counsel has not yet filed the proof of service of the March 29, 2017 order. Therefore, the Court issues the following order amending the scheduling order. However, the Court shall not address the late opening brief until the March 29, 2017 order is fully complied with.

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that the scheduling order in this action is amended as follows:

1. Defendant's opposition to Plaintiff's opening brief shall be filed on or before May 3, 2017; and

2. Plaintiff's reply brief, if any, shall be filed on or before May 18, 2017.

IT IS SO ORDERED.

Dated: **April 4, 2017**

UNITED STATES MAGISTRATE JUDGE