# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO ALVARADO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:16-cv-00746-SAB<br><br>ORDER RE STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S OPENING BRIEF<br><br>(ECF No. 23) |

On April 28, 2017, Defendant filed a stipulation to extend the time to respond to Plaintiff's opening brief. (ECF No. 23.) Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant's response to Plaintiff's opening brief shall be filed on or before June 19, 2017; and

2. Plaintiff's reply brief, if any, shall be filed on or before July 5, 2017.

IT IS SO ORDERED.

Dated: __**April 28, 2017**__

_____
UNITED STATES MAGISTRATE JUDGE

1