# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| ROBERT ALVARADO, <br><br> Plaintiff, <br><br> vs. <br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No.: 1:16-cv-00746-SAB <br><br> ORDER RE STIPULATION FOR AN EXTENSION OF TIME <br><br> (ECF No. 25) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant shall file a response to Plaintiff's opening brief on or before July 5, 2017; and
2. Plaintiff's reply brief, if any, shall be filed on or before July 20, 2017.

IT IS SO ORDERED.

Dated: **June 14, 2017**

UNITED STATES MAGISTRATE JUDGE